## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Gholson, Rosie M | § § § § | Case No. 06 B 15973 |
| Debtor | | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2006.

2) The plan was confirmed on 01/29/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/27/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/06/2009.

5) The case was dismissed on 04/06/2009.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $1,900.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,976.94 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $1,976.94

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,864.83 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $112.11 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,976.94

Attorney fees paid and disclosed by debtor     $450.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Active Credit Service | Unsecured | $53.00 | NA | NA | $0 | $0 |
| Active Credit Service | Unsecured | $53.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $502.00 | $122.17 | $122.17 | $0 | $0 |
| American Collection Corp | Unsecured | $359.00 | NA | NA | $0 | $0 |
| American Collection Corp | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Americas Financial Choice Inc | Unsecured | $203.00 | NA | NA | $0 | $0 |
| AmeriCash Loans, LLC | Unsecured | $945.00 | NA | NA | $0 | $0 |
| AmeriCash Loans, LLC | Unsecured | $930.00 | NA | NA | $0 | $0 |
| Biehl & Biehl | Unsecured | $24.00 | NA | NA | $0 | $0 |
| Claims Accounting | Unsecured | $49.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $286.48 | NA | NA | $0 | $0 |
| Credit Management Control | Unsecured | $47.00 | NA | NA | $0 | $0 |
| Credit Management Control | Unsecured | $54.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $100.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Protection Association | Unsecured | $82.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $82.00 | NA | NA | $0 | $0 |
| Dependon Collections Service | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Dependon Collections Service | Unsecured | $250.00 | NA | NA | $0 | $0 |
| EZ Phone | Unsecured | $163.00 | NA | NA | $0 | $0 |
| First Midwest Bank | Unsecured | $798.00 | NA | NA | $0 | $0 |
| First Midwest Bank | Unsecured | $1,250.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $415.00 | NA | NA | $0 | $0 |
| H & F Law Offices | Unsecured | $287.00 | NA | NA | $0 | $0 |
| H & F Law Offices | Unsecured | $287.00 | NA | NA | $0 | $0 |
| Hess Kennedy Company | Unsecured | $3,514.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $100.00 | NA | NA | $0 | $0 |
| IQ Tel | Unsecured | $163.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,043.00 | NA | NA | $0 | $0 |
| One Iron Ventures | Unsecured | $1,040.00 | NA | NA | $0 | $0 |
| One Iron Ventures | Unsecured | $780.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $1,134.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $485.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $415.00 | $415.43 | $415.43 | $0 | $0 |
| QC Financial Services | Unsecured | $1,232.00 | $805.00 | $805.00 | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $114.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $200.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $250.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $200.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $250.00 | NA | NA | $0 | $0 |
| ROI Services Inc | Unsecured | $74.00 | NA | NA | $0 | $0 |
| Southwest Credit Systems | Unsecured | $321.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $207.00 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $131.00 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Sun Cash | Unsecured | $400.00 | NA | NA | $0 | $0 |
| TRS Services | Unsecured | $13.00 | NA | NA | $0 | $0 |
| TRS Services | Unsecured | $57.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $288.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $288.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (4/1/2009)

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $1,342.60 | $0 | $0 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,976.94 |
| Disbursements to Creditors | $0 |
| **TOTAL DISBURSEMENTS:** | $1,976.94 |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 19, 2009    By: /s/ MARILYN O. MARSHALL
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)